ROBERT F. SILLIMAN AND OTHERS, RESPONDENTS, *v.* BENA-JAH TYRRELL, SUED WITH OTHERS, APPELLANT.

APPEAL from a judgment for plaintiffs, entered on a verdict directed by the court.

This action was brought upon a promissory note, and the defense set up was, that a new note had been given in payment and satisfaction of the one sued upon.

[*] 47 N. Y., 176.

The court below directed a verdict for the plaintiff, and this court, on a review of the facts in the case, affirmed the judgment entered on such verdict.

*Francis A. Smith*, for the appellant.

*U. G. Paris*, for the respondents.

Opinion by LEARNED, P. J.

Present — LEARNED, P. J., and BOARDMAN, J.

Judgment affirmed.